# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLENDA EUBANKS,<br><br> Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br> Defendant. | Case No. CIV-17-170-RAW-KEW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 12, 2018, the United States Magistrate Judge entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. The Magistrate Judge recommends that on remand, the ALJ be directed to: (1) reassess the reduced weight afforded to Dr. Rogow's opinion; (2) consider the entire treatment record and reassess the weight to be given to Dr. Weddle's opinion; (3) reassess the reduced weight afforded to Dr. Vega's opinion; and (4) consider Dr. Phillips' opinion. The Government has not filed an objection.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's recommendation to reverse the ALJ's decision and remand this action for further proceedings is well-supported. Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby affirmed and adopted as this court's Findings and Order.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 27th day of September, 2018.

*Ronald A. White*
_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**